**Order entered April 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01448-CV

**GUADALUPE MORENO, Appellant**

**V.**

**C'TARA INGRAM, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-2144**

## ORDER

We **GRANT** appellee's April 4, 2014 unopposed second motion for an extension of time to file a brief. Appellee shall file her brief on or before Monday, May 5, 2014. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
        JUSTICE